# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REAPPOINTMENT TO MINOR : No. 390
            :
COURT RULES COMMITTEE   : MAGISTERIAL RULES DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 20th day of October, 2015, Magisterial District Judge Anthony J. Saveikis, Allegheny County, is hereby reappointed as a member of the Minor Court Rules Committee for a term for three years commencing November 2, 2015.